IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CALLIDUS SOFTWARE, INC. SECURITIES LITIGATION _____/ | No. C 04-2707 SI<br><br>**ORDER DISMISSING ACTIONS** |
| This Document Relates to: All Actions _____/ | |

By order dated May 20, 2005, the Court granted defendants' motion to dismiss the consolidated complaint. Plaintiff was allowed until June 24, 2005 to file an amended complaint. No such complaint has been filed and defense counsel has informed the Court, by letter dated July 5, 2005, that plaintiff does not intend to file an amended complaint.

Accordingly, plaintiff's complaint is dismissed for failure to meet the pleading requirements of the PSLRA, and these consolidated actions are dismissed. The Clerk shall close this file and the related file No. C 04-3333.

**IT IS SO ORDERED.**

Dated: July 5, 2005

_____
SUSAN ILLSTON
United States District Judge